United States District Court
Southern District of Texas
**ENTERED**
August 14, 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| EDGAR FAYE HUNTER, §<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>NANCY A. BERRYHILL, §<br>Acting Commissioner of the Social §<br>Security Administration, §<br>*Defendant.* §<br>§ | CIVIL ACTION NO. 4:17-CV-00738 |

## ORDER OF ADOPTION

On July 25, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 16), recommending that Hunter's motion for summary judgment be granted. No timely objections were filed.

After due consideration of the entire record and the applicable law, the Court hereby ADOPTS the memorandum and recommendation as this Court's opinion. The Commissioner's final decision is reversed and the case is remanded.

Signed at Houston, Texas this 13 day of August, 2018.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE