# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| EDGAR FAYE HUNTER,<br>　　*Plaintiff,*<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of the Social<br>Security Administration,<br>　　*Defendant.* | §<br>§<br>§<br>§　CIVIL ACTION NO. 4:17-CV-00738<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF ADOPTION

On October 23, 2018, Magistrate Judge Peter Bray issued a memorandum and recommendation (Dkt. 23), recommending that Plaintiff's motion for attorney's fees be granted in part. No objections were filed.

After due consideration of the entire record and the applicable law, the Court hereby ADOPTS the memorandum and recommendation as this Court's opinion. Hunter shall recover $8,158.54 in attorney's fees.

Signed at Houston, Texas this **27** day of November, 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DAVID HITTNER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE